## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| LARRANN PIPPIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-CV-66-SNLJ |
| | ) |
| UNITED STATES OF AMERICA d/b/a, | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the defendant's motion to dismiss for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5). Since the issue is now moot, the motion will be denied.

On April 1, 2024, plaintiff Larrann Pippin filed her claim against the United States Postal Service pursuant to the Federal Tort Claims Act for negligence based on a slip and fall that occurred while she was exiting a post office. [Docs. 1 at 3-4 and 8 at 1]. Proposed summons were not attached or submitted. [Docs. 1 and 3]. On June 6, 2024, the Clerk of Court issued a Summons directed to the United States Attorney's Office. [Doc. 4]. No Summons were issued to the Attorney General. *Id*. Although the United States Attorney's Office was served on June 24, 2024, the Attorney General was not served. [Doc. 8 at 2]. Plaintiff admitted the Attorney General was not served pursuant to Rule 4(m). [Doc. 9 at 2]. Defendant then moved to dismiss for insufficient service of process. [Doc. 7]. On August 27, 2024, this Court granted an extension of time for plaintiff to serve defendant.

[Doc. 11]. On September 4, 2024, the summons were returned executed. [Doc. 13]. Because the issue is now moot, this Court denies the motion to dismiss for insufficient service of process. [Doc. 7].

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss for insufficient service of process [Doc. 7] is DENIED.

Dated this 17th day of March, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE